Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOEUN BUN,<br><br>Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>Defendant. | 1:07-CV-1420 OWW GSA<br><br>STIPULATION AND ORDER TO DISMISS |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on September 7, 2007, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: April 28, 2008        /s/ Sengthiene Bosavanh

SENGTHIENE BOSAVANH, ESQ.
Attorney for Plaintiff

Dated: April 28, 2008

MCGREGOR SCOTT
United States Attorney

By: /s/ Shea Lita Bond
(as authorized via facsimile)
Shea Lita Bond
Assistant Regional Counsel

IT IS SO ORDERED.

**Dated:   April 29, 2008**                             **/s/ Oliver W. Wanger**
                                                                                    UNITED STATES DISTRICT JUDGE